## (January 17, 1941.)

IRENE J. ROBERTS, Respondent, v. ARTHUR HARDONCOURT, Appellant.— Action to annul a marriage. On argument, order denying defendant's motion to amend the judgment herein affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

## (January 20, 1941.)

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to ERNEST J. ARIES, an Attorney, Respondent.— Proceeding to discipline an attorney. The learned official referee has found that respondent, who has been at the bar since June, 1930, (1) induced a physician to make a false medical certificate of treatment of a client of respondent for the purpose of using the same in connection with a claim of the client for personal injuries sustained by him; (2) in the investigation held before Mr. Justice Lee Parsons Davis, pursuant to order of this court, attempted to induce his said client to testify falsely with reference to the treatment by said physician; (3) commenced an action in behalf of two clients against a third person for injuries sustained by each of such clients in an automobile collision between a car driven by one of the clients, the other being a passenger, and a car driven by the third party and, while that action was pending, commenced an action in behalf of his passenger client against the driver client; (4) settled an infant's action for personal injuries without an application to the court. The facts adduced warrant the conclusion reached by the official referee; and his findings, as stated, are confirmed. The court, however, cannot approve the discipline recommended by the official referee. Respondent has been guilty of such serious wrongs and has so completely forgotten and violated his duty as an officer of the court that the court is compelled to hold that he has forfeited the right to continue as a member of the bar. The court, therefore, orders that he be disbarred. The respondent is disbarred and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ANTHONY ABRUZZO, an Infant, over 14 Years of Age, by MARIA ABRUZZO, His Guardian ad Litem, and MARIA ABRUZZO, Appellants, v. GRANDVIEW DAIRY, INC., Respondent.— Action for damages for personal injuries suffered by the infant plaintiff while attempting to board a truck owned and operated by the defendant, and by his mother for loss of services and medical expenses. The trial court found that the infant plaintiff was an employee of the defendant at the time the accident happened and that his remedy was by recourse to the Workmen's Compensation Law. The judgment dismissing the complaint is unanimously affirmed, with costs. (*Lesser v. Holland Farms, Inc.*, 248 App. Div. 323; affd., 273 N. Y. 558.) Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.